UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jesse Ray Hamilton, | Case No. 25-CV-1293 (PJS/JFD) |
| Petitioner, | |
| v. | |
| | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| B. Eischen and FPC Duluth, | |
| Respondents, | |

The Court has received the Report and Recommendation of United States Magistrate Judge John F. Docherty. (Dkt. No. 5). No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter,

**IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Dkt. No. 5) is **ADOPTED**; and

2. The Petition (Dkt. No. 1) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: June 11, 2025

/s/ Patrick J. Schiltz
Patrick J. Schiltz
Chief Judge